**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tremaine MOORE, Defendant–**
**Appellant.**

**No. 09–10338.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 17, 2010.

Heiko P. Coppola, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Michael Petrik, Jr., Assistant Federal Public Defender, Federal Public Defender's Office, Sacramento, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Tremaine Moore appeals from the district court's order revoking his supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Moore contends that the district court abused its discretion by revoking his supervised release. The record reflects that the district court's determination that Moore violated his supervised release by possessing a firearm is supported by a

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

preponderance of the evidence. *See* 18 U.S.C. § 3583(e)(3); *see also United States v. Daniel,* 209 F.3d 1091, 1094 (9th Cir. 2000).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.